# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST | § § § § | Civil Action No. 4:16-CV-498 (Judge Mazzant/Judge Nowak) |
| v. | § § | |
| LILLIE RUTH HARRIS | § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 29, 2017, the report of the Magistrate Judge (Dkt. #31) was entered containing proposed findings of fact and recommendations that Defendant's Motion for Default Judgment be denied as moot (Dkt. #21), and further that the Clerk's Entry of Default be set aside (Dkt. #22).

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion for Default Judgment (Dkt. #31) is **DENIED AS MOOT** and the Clerk's Entry of Default (Dkt. #22) should be and hereby is set aside.

**IT IS SO ORDERED**.
SIGNED this 17th day of October, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE