# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION AS LEGAL TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST | § § § § | Civil Action No. 4:16-CV-498 (Judge Mazzant/Judge Nowak) |
| v. | § § § | |
| LILLIE RUTH HARRIS | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 14, 2018, the report of the Magistrate Judge (Dkt. #46) was entered containing proposed findings of fact and recommendations that Plaintiff US Bank National Association as Legal Trustee for Truman 2016 SC6 Title Trust's Second Motion for Default Judgment Against Defendant Lillie Ruth Harris ("Second Motion for Default Judgment") (Dkt. #37) be denied as premature without prejudice to refiling.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Second Motion for Default Judgment (Dkt. #37) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 4th day of April, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE