# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>AS LEGAL TITLE TRUSTEE FOR<br>TRUMAN 2016 SC6 TITLE TRUST<br><br>v.<br><br>LILLIE RUTH HARRIS | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:16-CV-498<br>(Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 7, 2018, the report of the Magistrate Judge (Dkt. #56) was entered containing proposed findings of fact and recommendations that Plaintiff U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust's ("Plaintiff") "Third Motion for Default Judgment Against Defendant Lillie Ruth Harris" (Dkt. #50) be granted and that default judgment be entered for Plaintiff.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's "Third Motion for Default Judgment Against Defendant Lillie Ruth Harris" (Dkt. #50) is **GRANTED**, and a default judgment shall be entered for Plaintiff.

**SIGNED this 13th day of December, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE